## JOHNSTON ET AL. v. HAWAII

No. 1381, Misc. Decided March 30, 1970

*Norman Dorsen* for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.